## Michael Faillace & Associates, P.C.
60 East 42nd Street
Suite 4510
New York, NY 10165

Ph:(212) 317-1200          Fax:(212) 317-1620

Alberto Torres                                                September 12, 2018

|              |                                                      | File #: | PotismanClea |
| ------------ | ---------------------------------------------------- | ------- | ------------ |
| Attention:   |                                                      | Inv #:  | Sample       |

RE:   Torres et al. v. Choi's Potisman Cleaner Inc et al

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Nov-13-17 | Interviewed client and got the facts for the complaint | 1.00 | 450.00 | MF |
| Nov-20-17 | Discussed case | 0.10 | 45.00 | MF |
| Dec-19-17 | Contacted client to verify details of the case | 0.10 | 45.00 | MF |
|  | Drafted and corrected complaint | 1.50 | 675.00 | MF |
| Dec-20-17 | Discussed with staff the complaint | 0.30 | 135.00 | MF |
| Jan-29-18 | Scanning and ecf filing affidavits of service | 0.20 | 90.00 | MF |
| Mar-09-18 | Conference | 1.00 | 375.00 | SC |
| Mar-20-18 | Reviewed disc demands | 0.25 | 93.75 | SC |
| Mar-26-18 | Reviewed D Disclosures | 0.50 | 187.50 | SC |
| Mar-27-18 | Reviewed D disclosures, contact client | 0.50 | 187.50 | SC |
| Mar-28-18 | Finalized CMP | 0.75 | 281.25 | SC |
| Apr-02-18 | Negotiated with D counsel | 0.50 | 187.50 | SC |

| Date | Description | Hours | Amount | |
|---|---|---|---|---|
| Apr-27-18 | Correspondence to D counsel | 0.25 | 93.75 | SC |
| May-17-18 | Reviewed D discov response and production, call with client re prod | 3.00 | 1,125.00 | SC |
| May-18-18 | Conference with client | 0.50 | 187.50 | SC |
| Jun-29-18 | Negotiated w D | 0.50 | 187.50 | SC |
| Jul-10-18 | Correspondence to Crt | 0.25 | 93.75 | SC |
| Jul-25-18 | Correspondence to D counsel | 0.25 | 93.75 | SC |
| Aug-09-18 | Conference with client | 1.00 | 375.00 | SC |
| Aug-13-18 | Negotiated w D re plan, drafts set | 0.75 | 281.25 | SC |
| Aug-14-18 | Correspondence to Crt | 0.25 | 93.75 | SC |
| Sep-11-18 | Prepared fairness drt | 0.50 | 187.50 | SC |
| | Totals | 13.95 | $5,471.25 | |

## DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| | Filing Fee | 400.00 |
| Jan-23-18 | Process Server (Potisman Cleaners of New York, Inc. d/b/a Potisman Cleaners) | 70.00 |
| | Process Server (Choi's Potisman Cleaner, Inc. dba Potisman Cleaners n/k/a Potisman Cleaners of New York, Inc.) | 70.00 |
| | Totals | $540.00 |
| | **Total Fee & Disbursements** | **$6,011.25** |
| | **Balance Now Due** | **$6,011.25** |